## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-03665

PERFX WIRELINE SERVICES, LLC.,

 Plaintiff,

v.

DYNAENERGETICS US, INC.,
DYNAENERGETICS EUROPE GMBH,
and DMC GLOBAL INC.

 Defendants.

---

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

---

 PLEASE TAKE NOTICE that pursuant to Rule 7.1 of the Federal Rules of Civil

Procedure, Plaintiff PerfX Wireline Services, LLC., makes the following disclosures.

 PerfX Wireline Services, LLC. is a Nevada corporation, which has no parent corporation

and no publicly held corporation that owns 10% or more of its stock.

Dated: December 15, 2020

Respectfully submitted,

ERISE IP, P.A.

*/s/Megan J. Redmond*
Megan J. Redmond
Carrie A. Bader
7015 College Blvd
Suite 700
Overland Park, KS 66211
Email:
megan.redmond@eriseip.com
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

*ATTORNEYSFOR PLAINTIFF*